# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ROBERT B. CIARPAGLINI,

      Petitioner,

  v.

KEVIN KALLAS, PAUL SUMNICHT,
MARY GORSKE and BELINDA SCHRUBBE

      **Respondents.**

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-C-618-C

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's request for leave to proceed in forma pauperis in this case is DENIED because petitioner's allegations do not qualify for the imminent danger exception to § 1915(g) and, even if they do, the complaint fails to state a claim upon which relief may be granted.

Further, IT IS ORDERED that the clerk of court route directly to chambers without filing any future actions petitioner submits to this court that are not accompanied by the full filing fee so that I may examine them. If I find that petitioner is alleging that he is being denied medical care or that some other condition of his confinement is causing him to suffer the symptoms of his various physical ailments, the complaint will be placed in a miscellaneous file and no action will be taken with respect to it. If petitioner files a complaint alleging imminent danger of serious physical injury concerning a matter other than his medical conditions, I will direct that the complaint be filed. These complaints will be reviewed formally to determine whether

plaintiff's allegations of imminent danger are credible and, if they are, whether the complaint states a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2).

**THERESA M. OWENS**
_____
Theresa M. Owens, Clerk

/s/ S. Vogel                                                                          1/4/08
_____                  _____
by Deputy Clerk                                                                      Date